UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| GEORGE ARTHUR, | CASE NO.  3:11-CV-0804-HDM-WGC |
| Plaintiff(s), | MINUTES OF THE COURT |
| vs. | DATED: MARCH 14, 2012 |
| DOCTOR MARTIN, et al., | |
| Defendant(s). | |

PRESENT: HONORABLE WILLIAM G. COBB , U.S. MAGISTRATE JUDGE

Deputy Clerk: JENNIFER COTTER      Reporter: FTR: 9:00:15 a.m. - 9:21:59 a.m.

Counsel for Plaintiff(s): GEORGE ARTHUR, In Pro Per

Counsel for Defendant(s): NATHAN HASTINGS

PROCEEDINGS: **TELEPHONIC MOTION HEARING / STATUS CONFERENCE**

9:00 a.m.  Court convenes.

Mr. Hastings advises the Court of the parties' settlement efforts.  The Court addresses the outstanding motions.

**Motion for In Forma Pauperis (Doc. 12)**

Mr. Hastings expresses concern that a ruling on the Motion for In Forma Pauperis would hold Plaintiff responsible for the $350.00 filing fee prior to further settlement negotiations.

**IT IS ORDERED** that the Court will **DEFER RULING** on the Motion for In Forma Pauperis until March 23, 2012.  Plaintiff is encouraged to consider the settlement offer made by the defendants. Mr. Hastings agrees to arrange a telephone conference with Plaintiff and to advise the Court if a settlement is reached.

**Motion for Reconsideration of Order on Motion to Appoint Counsel (Doc. 11)**

Plaintiff is advised that, in inmate civil rights cases, an appointment of counsel is made only in extraordinary circumstances when the issues appear complicated in nature and there is a likelihood of success.  The Court finds that this case does not meet those standards.  Therefore, **IT IS ORDERED** that the Motion for Reconsideration is **DENIED**.

Page 2
3:11-cv-0804-HDM-WGC (Arthur v. Martin, et al.)
March 14, 2012

**Motion *to Order my 1983 Civil Suit in my Favor and Grant me my Reliefs* (Doc. 13)**

The Court notes that this motion appears to be dispositive in nature and, as such, is premature.  **IT IS ORDERED** that this motion is **DENIED WITHOUT PREJUDICE**.

**Motion for Information on Settlement Discussions (Doc. 10) and Motion to Stay Briefing (Doc. 16)**

Given the occurrences of this hearing, **IT IS ORDERED** that the Motion for Information on Settlement Discussions and the Motion to Stay Briefing are **DENIED AS MOOT**.

9:21 a.m.  Court adjourns.

                                      LANCE S. WILSON, CLERK

                                      By: /s/

                                      Deputy Clerk