UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| GEORGE ARTHUR, | CASE NO. 3:11-CV-00804-HDM-WGC |
| Plaintiff, | MINUTES OF THE COURT |
| vs. | DATED: MAY 16, 2012 |
| MARTIN, et al., | |
| Defendant(s). | |

PRESENT: <u>HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE</u>

Deputy Clerk: <u>KATIE LYNN OGDEN</u>     Reporter: <u>FTR: 10:03:28 a.m. - 10:20:24 a.m.</u>

Counsel for Plaintiff(s): <u>GEORGE ARTHUR, In Pro Per (Telephonically)</u>

Counsel for Defendant(s): <u>NATHAN HASTINGS (Telephonically)</u>

PROCEEDINGS: **TELEPHONIC MOTION HEARING**

10:03 a.m. Court convenes.

The Court addresses the parties regarding the purpose of this hearing.

Having heard from the parties and good cause appearing, the Court finds as follows:

**1.)**  **Status of Plaintiff's Application to Proceed *In Forma Pauperis* (Dkt. No. 1)**

Plaintiff's application to proceed *In Forma Pauperis* is granted as ordered in the March 27, 2012, Court Order (Dkt. No. 19).

**2.)**  **Plaintiff's Motion to Waive Expenses (Dkt. No. 20)**

Mr. Hastings clarifies that general copying fee's through the Law Library is $.10 per page and the $0.60 per page fee applies specifically to medical records through the medical facility.

Pursuant to Nevada Department of Corrections regulations 722, indigent inmates may accrue up to one hundred dollars in copy work debt. As of the date of Defendants' opposition (Dkt. No. 23) Plaintiff has accrued a debt of $2.80. At this time, the Court finds that Plaintiff is not in the position to motion the court to exceed the copy work debt. Therefore, Plaintiff's Motion to Waive Expenses is **DENIED.**

One final component of Plaintiff's request for court order to send documents to whom he refers to as his "appointment of attorney" is addressed. The Court advises Mr. Arthur that said request is covered by medical directive 707 which allows inmates to send medical records to individuals outside the prison. Therefore, court order is not warranted for this request and Plaintiff shall refer to the medical directive for proper procedures.

**3.)** **Plaintiff's Motion to Order Warden R. Baker at Ely State Prison to Comply with Administrative Regulations (Dkt. No 27)**

The Court received Plaintiff's Motion to Order Warden R. Baker at Ely State Prison to Comply with Administrative Regulation and is filed as docket number 27 on May 2, 2012. The motion has not been fully briefed. Once fully briefed the motion will be submitted for a decision.

10:20 a.m.  Court adjourns.

LANCE S. WILSON, CLERK

By: _____/s/_____
       Deputy Clerk