# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE ARTHUR, | ) | 3:11-cv-00804-HDM-WGC |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | June 12, 2012 |
| DOCTOR MARTIN, *et al*., | ) | |
| Defendants. | ) | |

PRESENT:  THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:    KATIE OGDEN        REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

     Before the Court is plaintiff's "Motion - Rule 37 - Failure to Make Disclosures, or to Cooperate in Discovery; Sanctions Motion, to Compel."  (Doc. #33.)

     The Scheduling Order has just been issued in this case (Doc. #32).  Any "discovery" plaintiff attempted to serve before the discovery order was entered is void.  Thus, any motion to compel at this juncture would be premature.  Plaintiff should re-serve his discovery requests on defendants' counsel.

     Plaintiff's motion (Doc. #33) is **DENIED** without prejudice.

**IT IS SO ORDERED.**

                                                          LANCE S. WILSON, CLERK

                                                       By:   /s/
                                                             Deputy Clerk