UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE ARTHUR,                )  | 3:11-cv-00804-HDM-WGC |
|          Plaintiff,           )  | **MINUTES OF THE COURT** |
|      vs.                      )  | January 8, 2013 |
| DOCTOR MARTIN, *et al.*,      )  |  |
|          Defendants.          )  |  |

PRESENT:  <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  <u>KATIE LYNN OGDEN</u>    REPORTER:  <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S):  <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S):  <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

   Before the Court is Plaintiff's Plaintiff's Motion to Amend Civil Rights Complaint (Doc. # 54) and Defendants' Motion to Stay Scheduling Order Pending Resolution of Plaintiff's Motion to Amend Complaint ( (Doc. # 55).

   Although Plaintiff's motion is technically untimely,[1] the court will address the substance of Plaintiff's motion at a status conference on a date to be set.  In the meantime, the court agrees with Defendants that it would be advisable to stay further proceedings herein.  Therefore, Defendants' motion (Doc. # 55) is **GRANTED.**  The courtroom deputy shall schedule a status conference herein concerning Plaintiff's motion (Doc. # 54).

**IT IS SO ORDERED.**

                                           LANCE S. WILSON, CLERK

                                           By:        /s/
                                                Deputy Clerk

---

[1] Pursuant to the Scheduling Order, any motion to amend was to be filed within 60 days of the May 30, 2012, Scheduling Order.  (Doc. # 32 at ¶2.)