UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE ARTHUR, | ) | 3:11-cv-00804-HDM-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 8, 2013 |
| | ) | |
| DOCTOR MARTIN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:  KATIE LYNN OGDEN     REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Plaintiff's Motion to Amend Civil Rights Complaint (Doc. # 54) and Defendants' Motion to Stay Scheduling Order Pending Resolution of Plaintiff's Motion to Amend Complaint ( (Doc. # 55).

Although Plaintiff's motion is technically untimely,[1] the court will address the substance of Plaintiff's motion at a status conference on a date to be set. In the meantime, the court agrees with Defendants that it would be advisable to stay further proceedings herein. Therefore, Defendants' motion (Doc. # 55) is **GRANTED.** The courtroom deputy shall schedule a status conference herein concerning Plaintiff's motion (Doc. # 54).

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:      /s/
     Deputy Clerk

---

[1] Pursuant to the Scheduling Order, any motion to amend was to be filed within 60 days of the May 30, 2012, Scheduling Order. (Doc. # 32 at ¶2.)