UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| GEORGE ARTHUR, | ) | 3:11-cv-00804-HDM-WGC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DOCTOR MARTIN, et al., | ) | |
| Defendants. | ) | |

    Before the court is the report and recommendation of the United States Magistrate Judge (#53), filed on November 29, 2012. In the report and recommendation, the magistrate judge recommends that this court enter an order denying the plaintiff's motions for Warden R. Baker at Ely State Prison to comply with Administrative Regulation 722.02-Legal Assistance by Inmates (#27; #40). Defendants objected (#29) and plaintiff replied(#48).

    The court has considered the pleadings and memoranda of the parties and other relevant matters of record.  Based on this review, the court hereby accepts and adopts the report and recommendation of the magistrate judge.  Accordingly, the motions

1

of the plaintiff, George Arthur (#27; #40) are **DENIED**.

**IT IS SO ORDERED.**

DATED: This 22nd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE